DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN TYRELL BEACH,**
Appellant,

v.

**AVENTURA SENIOR ADVISORY SERVICE INC.,** et al.,
Appellees.

No. 4D22-2450

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE-22-007076.

Kevin Tyrell Beach, North Lauderdale, pro se.

Ryan E. Sprechman of Sprechman & Fisher, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***